**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| NEW SOURCE ENERGY GP, LLC | ) | Case No. 16-10643 (CSS) |
| | ) | |
| | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

**GLOBAL NOTES REGARDING DEBTORS' SCHEDULES OF ASSETS**
**AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

The Schedules of Assets and Liabilities (the "SOAL") and the Statements of Financial Affairs (the "SOFA," and collectively with the SOAL, the "Schedules and Statements") filed by New Source Energy Partners, L.P. and New Source Energy GP, LLC (each a "Debtor" and collectively, the "Debtors"), in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), were prepared pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code") and Federal Rule of Bankruptcy Procedure 1007 by management of the Debtors and are unaudited. While the Debtors' management has made every reasonable effort to ensure that the Schedules and Statements are accurate and complete, based upon information that was available to them at the time of preparation, the subsequent receipt of information may result in material changes to the financial data and other information contained therein. These Global Notes Regarding Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs (the "Global Notes") are incorporated by reference in, and comprise an integral part of, the Schedules and Statements, and should be referred to and reviewed in connection with any review of the Schedules and Statements.

On the date hereof (the "Petition Date", the Debtors filed voluntary Chapter 7 petitions in the Bankruptcy Court. Unless otherwise stated, asset and liability information is as of the Petition Date. In the year prior to the Petition Date, the Debtors employed two different individuals in the position as corporate controller. In the two months leading up to the Petition Date, the corporate controller position was vacant and the Debtors did not have a certified public accountant or other manager directly overseeing all accounting. Due to this personnel turnover and vacancy, the Debtors' accounting system does not appear to have been updated for certain transactions. The Debtors relied upon information derived from their books and supplemented by the records that were available at the time that these Schedules and Statements were prepared. Although the Debtors have made reasonable efforts to ensure the accuracy and completeness of such financial information, inadvertent errors or omissions, as well as the discovery of conflicting, revised or subsequent information, may cause a material change to these Schedules and Statements.

The Debtors and their officers, employees, agents, attorneys and advisors do not guarantee or warrant the accuracy or completeness of the data that is provided in the Schedules

and Statements and shall not be liable for any loss or injury arising out of or caused in whole or in part by any act or omission, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained in the Schedules and Statements.

The Schedules and Statements have been signed by an authorized representative of each of the Debtors. In reviewing and signing the Schedules and Statements, this representative relied upon the efforts, statements and representations of the Debtors' other personnel and professionals. The representative has not and could not personally verify the accuracy of each such statement and representation, including, for example, statements and representations concerning amounts owed to creditors and their addresses.

1.    Basis of Presentation. For financial reporting purposes, New Source Energy GP, LLC, prepares consolidated financial statements that include financial data for each of the Debtors. The last audit of these consolidated financial statements was as of September 30, 2015. The Debtors have not prepared detailed financial statements. The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles.

2.    Summary of Significant Reporting Policies. The following conventions were adopted by the Debtors in the preparation of the Schedules and Statements:

(a)    Book Value. Unless otherwise noted, each asset and liability of each Debtor is shown on the basis of the net book value of the asset or liability in accordance with the Debtors' accounting and/or tax books and records as of the Petition Date, and are not based upon any estimate of their current market values.

(b)    Cash. Cash balances in the Debtors' bank accounts set forth in the SOAL Schedule B are based on the book balance as of the Petition Date. As described below regarding royalties, certain of the amounts held in the Debtors' bank account are not property of the Debtors' estates.

(c)    Payments Made within 90 Days prior to the Petition Date. Payments made on the Debtors' behalf within 90 days prior to the Petition Date have been attributed to the Debtor that made the payment without regard to which Debtor was obligated to make the payment.

(d)    Property and Equipment: Owned. Fixed asses are recorded at cost. Depreciation is computed using accelerated methods over the estimated useful lives of the respective assets.

(e)    Litigation. The Debtors have listed in SOAL Schedule F all known claimants related to any pending or threatened litigation action as contingent, disputed and unliquidated with unknown amounts. The Debtors have listed in SOFA Question 4(a) the various litigation matters to which the Debtors were a party within the past year. The SOFA does not include administrative or other proceedings concerning *de*

*minimis* amounts.

(f)    <u>Liens and Encumbrances on Assets</u>.  In the ordinary course of the Debtors' businesses, tax liens and other encumbrances (*e.g.*, judgment liens) are occasionally filed against property owned by the Debtors.  As of the Petition Date, except as reflected on SOAL Schedule D (secured claims) and as discussed below, the Debtors were not aware of any material liens or encumbrances filed against assets directly owned by the Debtors.

(g)    <u>Secured Claims</u>.  Secured claim amounts have been listed on SOAL Schedule D without regard to the value of assets secured thereby.  No attempt was made by the Debtors to estimate the fair market value as of the Petition Date of assets pledged pursuant to any secured obligation.  Accordingly, deficiency claims of secured creditors were not listed on SOAL Schedule F and such omission is not an admission by the Debtors as to the sufficiency of collateral related to any secured claim listed on SOAL Schedule D.  In certain instances, a Debtor may be a co-obligor, co-mortgagor or guarantor with respect to scheduled claims of other Debtors or non-Debtors, and no claim set forth on SOAL Schedule D of any Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other entities.  The descriptions provided in SOAL Schedule D are intended only to be a summary.  Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens.

(h)    <u>Executory Contracts</u>.  While every effort has been made to ensure the completeness and accuracy of the listing of executory contracts, inadvertent errors or omissions may have occurred. The contracts, agreements and leases listed on SOAL Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letter and other documents, instruments and agreements which may not be listed therein. Such rights, powers, duties and obligations are not set forth on SOAL Schedule G. Certain of the executory agreements may not have been memorialized and could be subject to dispute. Additionally, the Debtors may be parties to various other agreements concerning real property, such as easements, rights of way, air rights, subordination, non-disturbance, supplemental agreements, amendments/letter agreements, title documents, consents, site plans, maps and other miscellaneous agreements. Such agreements, if any, may not be set forth in SOAL Schedule G. The presence of a contract or agreement on SOAL Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease. Similarly, the absence of a contract or agreement on SOAL Schedule G does not constitute an admission that any other contract or agreement to which a Debtor is a party is not executory. Parties to executory contracts and unexpired leases were not listed on SOAL Schedule F, except where past due amounts were recorded in the Debtors' accounts payable. The Debtors have not listed on SOAL Schedule F landlords and executory contract counter-parties which may have claims related to contract/lease rejection or other damages.

3.    <u>Setoff or Recoupment Rights</u>.  The Debtors have not included on Schedule D parties that may believe their claims are secured through setoff rights, deposits posted by or on behalf of the Debtors, or inchoate statutory lien rights.

4.    <u>Royalties</u>.  Pursuant to various oil and gas leases and agreements, all of which are common in the oil and gas industry, the Debtors regularly pay and hold funds, including portions of revenue generated by oil and gas assets, on behalf of third parties in the ordinary course of business. The Debtors are obligated under various agreements to remit certain funds held for third parties to those parties.  In certain circumstances, checks sent for royalty payments remained uncashed as of the Petition Date or the Debtors had not yet issued a check for owed royalties as of the Petition Date.  To the extent that any of the funds described above are held for payment to third parties, the Debtors have listed the third parties on SOAL Schedule F out of an abundance of caution.  Such funds, however, do not constitute property of the Debtors' estates, and the Debtors therefore have not included such amounts in their responses to SOFA Question 21.

5.    <u>Employee Addresses</u>.  In some instances, the Officer and employee addresses have been removed from entries listed on Schedules E/F and G and the Statements, as applicable, and are listed care of the Debtors' headquarters address.

6.    <u>Global Notes Control</u>.  In the event that the Schedules and Statements differ from the foregoing Global Notes, the Global Notes shall control.

**Fill in this information to identify the case:**

Debtor name   New Source Energy GP, LLC

United States Bankruptcy Court for the: _____   District of  Delaware
                                                                          (State)

Case number (If known):   16-10643 (CSS

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property   12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☒ No. Go to Part 2.
   ☐ Yes. Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**          **Current value of debtor's interest**

2. **Cash on hand**                                                           $_____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|
   | 3.1. BancFirst | Checking | 7 7 3 2 | $ 0 |
   | 3.2. _____ | _____ | __ __ __ __ | $ _____ |

4. **Other cash equivalents** *(Identify all)*

   | 4.1. _____ | $ _____ |
   |---|---|
   | 4.2. _____ | $ _____ |

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          $ 0

## Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☒ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

                                                                              **Current value of debtor's interest**

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   | 7.1. _____ | $ _____ |
   |---|---|
   | 7.2. _____ | $ _____ |

Debtor    New Source Energy GP, LLC
          _____          Case number (if known)____16-10643 (CSS)____
          Name

---

8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent

   Description, including name of holder of prepayment

   8.1._____   $_____

   8.2._____   $_____

9. Total of Part 2.

   Add lines 7 through 8. Copy the total to line 81.                                 $_____

| **Part 3:** | **Accounts receivable** |
|---|---|

10. Does the debtor have any accounts receivable?

    ☒ No. Go to Part 4.

    ☐ Yes. Fill in the information below.

                                                                        Current value of debtor's
                                                                        interest

11. Accounts receivable

    11a. 90 days old or less:   _____ – _____ = ......→      $_____
                                face amount    doubtful or uncollectible accounts

    11b. Over 90 days old:      _____ – _____ = ......→      $_____
                                face amount    doubtful or uncollectible accounts

12. Total of Part 3

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.           $_____

| **Part 4:** | **Investments** |
|---|---|

13. Does the debtor own any investments?

    ☐ No. Go to Part 5.

    ☒ Yes. Fill in the information below.

                                                         Valuation method        Current value of debtor's
                                                         used for current value   interest

14. Mutual funds or publicly traded stocks not included in Part 1

    Name of fund or stock:

    14.1._____    _____    $_____

    14.2._____    _____    $_____

15. Non-publicly traded stock and interests in incorporated and unincorporated businesses,
    including any interest in an LLC, partnership, or joint venture

    Name of entity:                              % of ownership:
    15.1. Energy Management Resources, LLC        100   %         _____    $___unknown___
    15.2. New Source Energy Management, LLC       100   %         _____    $___unknown___
    15.3  New Source Energy Partners,, L.P.       100% General Partner Units                unknown

16. Government bonds, corporate bonds, and other negotiable and non-negotiable
    instruments not included in Part 1

    Describe:

    16.1._____    _____    $_____

    16.2._____    _____    $_____

17. Total of Part 4

    Add lines 14 through 16. Copy the total to line 83.                              $___unknown___

---

Official Form 206A/B                 Schedule A/B: Assets — Real and Personal Property

| Debtor | New Source Energy GP, LLC | Case number (if known) | 16-10643 (CSS) |
|--------|------|------|------|
| | Name | | |

## Part 5:   Inventory, excluding agriculture assets

18. **Does the debtor own any Inventory (excluding agriculture assets)?**
    - ☒ No. Go to Part 6.
    - ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.  Raw materials** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| **20.  Work in progress** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| **21.  Finished goods, including goods held for resale** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| **22.  Other inventory or supplies** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**
    Add lines 19 through 22. Copy the total to line 84.

    $_____

24. **Is any of the property listed in Part 5 perishable?**
    - ☐ No
    - ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    - ☐ No
    - ☐ Yes. Book value _____   Valuation method_____   Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    - ☐ No
    - ☐ Yes

## Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
    - ☒ No. Go to Part 7.
    - ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.  Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| **29.  Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| **30.  Farm machinery and equipment**  (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| **31.  Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| **32.  Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

Debtor    New Source Energy GP, LLC                                Case number (if known)   16-10643 (CSS)
                 _____
                 Name

33. **Total of Part 6.**

   Add lines 28 through 32. Copy the total to line 85.                          $_____

34. **Is the debtor a member of an agricultural cooperative?**

   ☐ No

   ☐ Yes. Is any of the debtor's property stored at the cooperative?

      ☐ No
      ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

   ☐ No

   ☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

   ☐ No
   ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

   ☐ No
   ☐ Yes

## Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☒ No. Go to Part 8.
   ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
|  | $_____ | _____ | $_____ |
| 40. **Office fixtures** | | | |
|  | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
|  | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

   Add lines 39 through 42. Copy the total to line 86.                          $_____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

   ☐ No
   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

   ☐ No
   ☐ Yes

Debtor    New Source Energy GP, LLC
          _____          Case number (if known) 16-10643 (CSS)
          Name

## Part 8:    Machinery, equipment, and vehicles

46.  Does the debtor own or lease any machinery, equipment, or vehicles?

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles | | | |
| 47.1 _____ | $_____ | _____ | $_____ |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |
| 48.  Watercraft, trailers, motors, and related accessories Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |
| 49.  Aircraft and accessories | | | |
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |
| 50.  Other machinery, fixtures, and equipment (excluding farm machinery and equipment) | | | |
| _____ | $_____ | _____ | $_____ |

51.  Total of Part 8.
     Add lines 47 through 50. Copy the total to line 87.                                    $_____

52.  Is a depreciation schedule available for any of the property listed in Part 8?

☐ No

☐ Yes

53.  Has any of the property listed in Part 8 been appraised by a professional within the last year?

☐ No

☐ Yes

| Debtor | New Source Energy GP, LLC | Case number (if known) | 16-10643 (CSS) |
|---|---|---|---|
| | Name | | |

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**
☒ No. Go to Part 10.
☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as<br>Assessor Parcel Number (APN), and type of property<br>(for example, acreage, factory, warehouse, apartment<br>or office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1 | | $ | | $ |
| 55.2 | | $ | | $ |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ _____

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
☒ No. Go to Part 11.
☐ Yes. Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | $ | | $ |
| 61. **Internet domain names and websites** | $ | | $ |
| 62. **Licenses, franchises, and royalties** | $ | | $ |
| 63. **Customer lists, mailing lists, or other compilations** | $ | | $ |
| 64. **Other intangibles, or intellectual property** | $ | | $ |
| 65. **Goodwill** | $ | | $ |

66. **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

$ _____

Debtor    New Source Energy GP, LLC                    Case number (if known) 16-10643 (CSS)
          Name

67. Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?
    ☐ No
    ☐ Yes

68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?
    ☐ No
    ☐ Yes

69. Has any of the property listed in Part 10 been appraised by a professional within the last year?
    ☐ No
    ☐ Yes

## Part 11:    All other assets

70. Does the debtor own any other assets that have not yet been reported on this form?
    Include all interests in executory contracts and unexpired leases not previously reported on this form.
    ☒ No. Go to Part 12.
    ☐ Yes. Fill in the information below.

|  |  |  | Current value of debtor's interest |
|---|---|---|---|

71. **Notes receivable**
    Description (include name of obligor)
    _____    _____   —   _____  = →   $_____
                            Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)
    _____    Tax year _____   $_____
    _____    Tax year _____   $_____
    _____    Tax year _____   $_____

73. **Interests in insurance policies or annuities**
    _____                          $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
    _____                          $_____
    Nature of claim    _____
    Amount requested   $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
    _____                          $_____
    Nature of claim    _____
    Amount requested   $_____

76. **Trusts, equitable or future interests in property**
    _____                          $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
    _____                          $_____
    _____                          $_____

78. **Total of Part 11.**
    Add lines 71 through 77. Copy the total to line 90.                $_____

79. Has any of the property listed in Part 11 been appraised by a professional within the last year?
    ☐ No
    ☐ Yes

Debtor   New Source Energy GP, LLC                          Case number (if known)   16-10643 (CSS)
         _____
         Name

---

**Part 12:   Summary**

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ $0 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ unknown | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ | |
| 88. **Real property.** *Copy line 56, Part 9.* .................................➔ | | $ 0 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ | |
| 91. **Total.** Add lines 80 through 90 for each column. ..........................91a. | $ 0 plus unknown | + 91b. $ 0 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ............................................................................  $ 0.00 plus unknown

---

**Fill in this information to identify the case:**

Debtor name: New Source Energy GP, LLC

United States Bankruptcy Court for the: ____ District of Delaware
(State)

Case number (if known): 16-10643 (CSS)

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?
   ☒ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

**Column A** Amount of claim. Do not deduct the value of collateral.
**Column B** Value of collateral that supports this claim

**2.1** Creditor's name

Describe debtor's property that is subject to a lien

$ ____    $ ____

Creditor's mailing address

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?
☐ No  ☐ Yes

Date debt was incurred

Is anyone else liable on this claim?
☐ No  ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent  ☐ Unliquidated  ☐ Disputed

**2.2** Creditor's name

Describe debtor's property that is subject to a lien

$ ____    $ ____

Creditor's mailing address

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?
☐ No  ☐ Yes

Date debt was incurred

Is anyone else liable on this claim?
☐ No  ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   ☐ Yes. The relative priority of creditors is specified on lines ____

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent  ☐ Unliquidated  ☐ Disputed

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $ ____

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | New Source Energy GP, LLC |
| United States Bankruptcy Court for the: | District of Delaware |
| | (State) |
| Case number (if known) | 16-10643 (CSS) |

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).
   ☒ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address _____ _____ _____ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $_____ | $_____ |
| Date or dates debt was incurred _____ | Basis for the claim: _____ | | |
| Last 4 digits of account number __ __ __ __ Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____) | Is the claim subject to offset? ☐ No ☐ Yes | | |
| **2.2** Priority creditor's name and mailing address _____ _____ _____ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $_____ | $_____ |
| Date or dates debt was incurred _____ | Basis for the claim: _____ | | |
| Last 4 digits of account number __ __ __ __ Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____) | Is the claim subject to offset? ☐ No ☐ Yes | | |
| **2.3** Priority creditor's name and mailing address _____ _____ _____ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $_____ | $_____ |
| Date or dates debt was incurred _____ | Basis for the claim: _____ | | |
| Last 4 digits of account number __ __ __ __ Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____) | Is the claim subject to offset? ☐ No ☐ Yes | | |

169

Debtor    New Source Energy GP, LLC
_____
          Name

Case number (if known) __16-10643 (CSS)__

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.**

See Part 2, Question 3 Attachment

**Amount of claim**

**3.1** Nonpriority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$_____

**3.2** Nonpriority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$_____

**3.3** Nonpriority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$_____

**3.4** Nonpriority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$_____

**3.5** Nonpriority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$_____

**3.6** Nonpriority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$_____

171

| Debtor | New Source Energy GP, LLC | Case number (if known) | 16-10643 (CSS) |
|---|---|---|---|
| | Name | | |

## Part 3: List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | None | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.2. | | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.3. | | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.4. | | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 41. | | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.5. | | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.6. | | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.7. | | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.8. | | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.9. | | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.10. | | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.11. | | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |

| Debtor | New Source Energy GP, LLC | Case number (if known) | 16-10643 (CSS) |
|---|---|---|---|
| | Name | | |

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**6.** Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. | + | $ Unknown |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | | $ Unknown |

**Fill in this information to identify the case:**

Debtor name   New Source Energy GP, LLC

United States Bankruptcy Court for the: _____   District of   Delaware
                                                                    (State)
Case number (if known): _____16-10643 (CSS)_____   Chapter   7

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases         12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☒ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |

| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |

| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |

| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |

| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |

176

**Fill in this information to identify the case:**

Debtor name    New Source Energy GP, LLC

United States Bankruptcy Court for the:     District of Delaware
                                             (State)

Case number (if known):     16-10643 (CSS)

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors          12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.1 | Street<br><br>City   State   ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | Street<br><br>City   State   ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | Street<br><br>City   State   ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | Street<br><br>City   State   ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 | Street<br><br>City   State   ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | Street<br><br>City   State   ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |

178

Fill in this information to identify the case:

Debtor name     New Source Energy GP, LLC

United States Bankruptcy Court for the: _____ District of Delaware
                                                    (State)
Case number (if known):    16-10643 (CSS)

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          12/15

---

### Part 1:    Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* .............................................................    $ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.............................................................    $ 0.00
                                                                                                 plus unknown

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* .............................................................    $ 0.00
                                                                                                 plus unknown

---

### Part 2:    Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of Schedule D ...........    $ 0.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of Schedule E/F....................................    $ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of Schedule E/F ...................    + $ Unknown

4. **Total liabilities** ............................................................................    $ Unknown
   Lines 2 + 3a + 3b

In re New Source Energy GP, LLC
Schedule E/F: Part 2 - Creditors With Nonpriority Unsecured Claims

| Creditor Name | Address1 | Address2 | City | State | Zip | Country | Date Claim was Incurred | Basis for Claim | Contingent | Unliquidated | Disputed | Claim su | Total Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| David. J Chernicky | 1307 S BOULDER STE 400 | | TULSA | OK | 74119 | USA | 1/12/2015 | Litigation Party | X | X | X | | UNKNOWN |
| David. J Chernicky Trust | 1307 S BOULDER STE 400 | | TULSA | OK | 74119 | USA | 1/12/2015 | Litigation Party | X | X | X | | UNKNOWN |
| New Dominion, LLC | 1307 S BOULDER STE 400 | | TULSA | OK | 74119 | USA | 1/12/2015 | Litigation Party | X | X | X | | UNKNOWN |
| New Source Energy Corporation | 1307 S BOULDER STE 400 | | TULSA | OK | 74119 | USA | 1/12/2015 | Litigation Party | X | X | X | | UNKNOWN |
| Scintilla, LLC | 1435 South Boulder | Suite 400 | TULSA | OK | 74119 | USA | 1/12/2015 | Litigation Party | X | X | X | | UNKNOWN |

Fill in this information to identify the case and this filing:

Debtor Name  New Source Energy GP, LLC

United States Bankruptcy Court for the: _____    District of Delaware
                                                          (State)
Case number (if known): 16-10643 (CSS)

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☒ *Schedule H: Codebtors* (Official Form 206H)

☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03/15/2016          ✗ _Carl Wimberley_ (signature)
             MM / DD / YYYY         Signature of individual signing on behalf of debtor

                                 Carl Wimberley
                                 Printed name

                                 Chief Restructuring Officer
                                 Position or relationship to debtor